

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00408-CV

IN THE INTEREST OF D.T., A
CHILD

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-102895-16

----------

## MEMORANDUM OPINION[1]

----------

Appellant T.T. (Mother) attempts to appeal from the trial court's interlocutory order terminating her parental rights to D.T. We dismiss the appeal.

Appellee the Department of Family and Protective Services (DFPS) sought to terminate the parental rights of Mother and D.I. (Father) to their children, Do.

---

[1]*See* Tex. R. App. P. 47.4.

I., A.I., L.I., and D.T. On March 1, 2016, the trial court severed the cause of action regarding D.T. from the other children "to proceed as such to final judgment in this Court." On October 17, 2016, the trial court signed an "Interlocutory Order of Termination," which terminated Mother's rights to D.T. The order did not address Father's parental rights to D.T. Mother filed a notice of appeal from this interlocutory order on October 27, 2016. Accordingly, on November 1, 2016, we notified the parties of our concern that we may not have jurisdiction over Mother's appeal because the order "does not appear to be a final judgment or an appealable interlocutory order" and requested a response no later than November 14, 2016, from any party desiring to continue Mother's appeal. *See* Tex. R. App. P. 42.3, 44.3. No party responded.

We have jurisdiction to consider appeals from final judgments or from interlocutory orders where a statute explicitly provides appellate jurisdiction. *See Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The order Mother attempts to appeal from is neither. *See, e.g.*, *In re M.H.*, No. 08-15-00091-CV, 2015 WL 3646655, at *1 (Tex. App.—El Paso June 12, 2015, no pet.) (mem. op.); *In re F.M.-T.*, No. 02-12-00522-CV, 2013 WL 1337789, at *1 (Tex. App.—Fort Worth Apr. 4, 2013, no pet.) (mem. op.). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3, 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL:  LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DELIVERED:  December 1, 2016